Clayeo C. Arnold, SBN 65070
JOSHUA H. WATSON, SBN 238058
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs
*Leah Mitchell, Jennica Trezona,
and Elizabeth Castillo*

Thomas F. Nowland (SBN 236824)
tom@nowlandlaw.com
Daniel A. Brodnax (266822)
dbrodnax@nowlandlaw.com
LAW OFFICES OF THOMAS F. NOWLAND
20241 SW Birch Street, Suite 203
Newport Beach, California 92660
Telephone: (949) 221-0005
Facsimile: (949) 221-0003

*Attorneys for Defendants
San Antonio Creek LLC and Daniel Tulipani*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH MITCHELL, JENNICA TREZONA, AND ELIZABETH CASTILLO,<br><br>     Plaintiffs,<br>vs.<br><br>DANIEL TULIPANI, SAN ANTONIO CREEK LLC, and DOES 1 to 10,<br><br>     Defendants. | Case No.: 2:23-cv-02467-TLN-DB<br><br>**ORDER ON STIPULATED REQUEST FOR AMENDED SCHEDULING ORDER** |

The Court, having read and considered the parties stipulated request to amend the scheduling order in this matter finds good cause and grants the stipulated request as follows:

(1) The parties shall complete all non-expert discovery on or before November 30, 2024;

(2) The remaining deadlines in the scheduling order shall remain the same, but shall run by the terms of the scheduling order from the new deadline to complete non-expert discovery.

IT IS SO ORDERED.

DATED: July 25, 2024

Troy L. Nunley
United States District Judge