# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH MITCHELL, JENNICA TREZONA, AND ELIZABETH CASTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL TULIPANI, SAN ANTONIO CREEK, LLC., and DOES 1 through 10,<br><br>Defendants. | Case Number: 2:23-CV-02467-TLN-SCR<br><br>**ORDER CONTINUING THE DEADLINE TO COMPLETE DISCOVERY AND OTHER CASE MANAGEMENT DEADLINES** |

The Court, having read and considered the Parties' Joint Stipulation to Continue the Deadline to Complete Discovery and Other Case Management Deadlines, and good cause appearing, orders as follows

1. The deadline to complete non-expert discovery, currently set for November 30, 2024, is continued by 120 days; and
2. All case management deadlines, as provided by the Initial Pretrial Scheduling Order (Dkt. 4) and Amended Scheduling Order (Dkt. 11) shall remain the same but shall run by the terms

of the scheduling order from the new deadline to complete non-expert discovery.

**IT IS SO ORDERED.**

DATED: November 14, 2024

Troy L. Nunley
Chief United States District Judge