UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH MITCHELL, JENNICA TREZONA, and ELIZABETH CASTILLO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SAN ANTONIO CREEK LLC, and DANIEL TULIPANI,,<br><br>　　　　Defendants. | Case No. 2:23-cv-02467-TLN-SCR<br><br>**ORDER ON JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br><br>Action Filed:　　October 25, 2023<br>Trial Date:　　　None Set |

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Modify Scheduling Order under Federal Rule of Civil Procedure 16(b)(2), and good cause appearing therefor, hereby Orders as follows:

1. The deadline for the Parties to complete non-expert discovery, currently set for March 30, 2025 and having now passed, is continued through and until February 26, 2026; and

2. All case management deadlines, as provided by the original Scheduling Order (Dkt. 4), as amended, shall run from the new deadline to complete non-expert discovery.

**IT IS SO ORDERED.**

DATED: May 27, 2025

_____
Troy L. Nunley
Chief United States District Judge