**CLAYEO C. ARNOLD, PC**
CHARLENE TSAI SBN 353230
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: ctsai@justice4you.com
Attorneys for Plaintiffs
LEAH MITCHELL and JENNICA TREZONA

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATT TAGGART, SBN 227482
E-Mail: Matt.Taggart@lewisbrisbois.com
ADAM G. KHAN, SBN 296617
E-Mail: Adam.Khan@lewisbrisbois.com
TIM NALLY, SBN 288728
E-Mail: Tim.Nally@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, CA 95833
Telephone: (213) 250-1800

Attorneys for Defendants
SAN ANTONIO CREEK, LLC and
DANIEL TULIPANI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LEAH MITCHELL,
JENNICA TREZONA, and
ELIZABETH CASTILLO,

Plaintiffs,

vs.

SAN ANTONIO CREEK LLC., and DANIEL TULIPANI,

Defendants.

Case No.: 2:23-cv-02467-TLN-SCR

**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

Action File: October 25, 2023
Trial Date: None Set

**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

WHEREAS, Plaintiffs LEAH MITCHELL, JENNICA TREZONA, and ELIZABETH CASTILLO ("Plaintiffs") filed the operative Complaint in this matter on October 25, 2023, and Defendants SAN ANTONIO CREEK LLC, and DANIEL TULIPANI ("Defendants") filed their operative Answer on December 4, 2023;

WHEREAS, the Court's initial October 26, 2023 Scheduling Order (ECF 4) required that all non-expert discovery be completed no later than two hundred and forty (240) days after the last day in which for Defendants to Answer the Complaint, or July 31, 2024;

WHEREAS, Plaintiffs and Defendants (collectively, "the Parties") timely made their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1);

WHEREAS, a previous Stipulated Request for Amended Scheduling Order was filed on July 24, 2024;

WHEREAS, the Court issued an Order Continuing the Deadline to Complete Discovery and Other Case Management Deadlines on November 14, 2024;

WHEREAS, Defendants' prior counsel of record, Thomas F. Nowland of the Law Offices of Thomas F. Nowland filed a Motion to Withdraw as Attorney (ECF 15, 16) on January 17, 2025;

WHEREAS, on February 3, 2025, the Court issued a Minute Order taking Defendants' Counsel's Motion to Withdraw off calendar on the ground that it was suitable for resolution without oral argument (ECF 17);

WHEREAS, on March 28, 2025, the Court issued an Order granting said Defendants' Counsel's Motion to Withdraw (ECF 18);

WHEREAS, Defendants' new counsel of record, Matthew D. Taggart and Adam Khan filed Notices of Appearance on May 9, 2025 (ECF 20);

WHEREAS, on May 26, 2025, the Parties entered into a Joint stipulation continuing the non-expert discovery deadline to February 26, 2026 (ECF 21);

WHEREAS, on May 27, 2025, the Court entered an Order continuing the non-expert discovery deadline to February 26, 2026 (ECF 22);

WHEREAS, on November 29, 2025, Plaintiff Leah Mitchell substituted in counsel Glenn M. Kenna for prior counsel Joshua H. Watson;

WHEREAS, on June 2, 2025, the California Franchise Tax Board suspended defendant SAN ANTONIO CREEK LLC, preventing it from participating through counsel in the litigation;

WHEREAS, the California Franchise Tax Board did not revive SAN ANTONIO CREEK LLC until February 23, 2026;

WHEREAS, on March 18, 2026, the Court granted the parties' Stipulation to Modify Scheduling Order (ECF No. 30). Accordingly, the non-expert discovery deadline was extended to August 26, 2026, with all remaining deadlines in the Scheduling Order to run and be calculated from the new deadline in which to complete non-expert discovery;

WHEREAS, Defendants worked diligently to take the Plaintiffs' depositions on July 8, 2026, and again on August 25 and 26, 2026. However, Plaintiffs and their counsel were unavailable;

WHEREAS, the Parties previously stipulated to extend the non-expert discovery deadline through and until November 24, 2026, with all remaining deadlines in the Scheduling Order to run and be calculated from that deadline ;

WHEREAS, despite Defendants' continued diligence, the depositions of Plaintiffs Leah Mitchell and Jennica Trezona have not yet been completed because Plaintiffs have remained unavailable;

WHEREAS, the Court has granted the motion of Clayeo C. Arnold, PC to withdraw as counsel for Plaintiff Elizabeth Castillo, and Plaintiff Castillo is no longer represented by Clayeo C. Arnold, PC in this matter;

WHEREAS, Clayeo C. Arnold, PC has been unsuccessful in contacting Plaintiff Castillo, and Plaintiffs Leah Mitchell and Jennica Trezona and Defendants submit this stipulation in light

of that fact; this stipulation concerns only the depositions of Plaintiffs Leah Mitchell and Jennica Trezona;

WHEREAS, counsel for Plaintiffs Leah Mitchell and Jennica Trezona and counsel for Defendants have conferred and agreed that additional time to complete non-expert discovery would be beneficial to the economical and reasonable resolution of the disputes of the parties including, but not limited to, taking the depositions of Plaintiffs Leah Mitchell and Jennica Trezona, and exchanging further written discovery;

**NOW THEREFORE**, Plaintiffs Leah Mitchell and Jennica Trezona and Defendants agree that good cause within the meaning of Federal Rule of Civil Procedure 26(b)(2) exists and that the Scheduling Order should be further modified to enable Defendants to conduct certain important non-expert discovery before trial, including the depositions of Plaintiffs Leah Mitchell and Jennica Trezona, as follows:

(1) The deadline in which for the Parties to complete non-expert discovery shall be extended through and until May 24, 2027;

(2) All remaining deadlines in the Scheduling Order shall run and be calculated from the new deadline in which to complete non-expert discovery.

IT IS SO STIPULATED.

DATED: November 25, 2026

CLAYEO C. ARNOLD, PC

By: *\/s/ Charlene Tsai*

CHARLENE TSAI
Attorneys for Plaintiffs LEAH MITCHELL and JENNICA TREZONA

DATED: November 25, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *  /s/ Matthew D. Taggart*

MATTHEW D. TAGGART
TIM NALLY
Attorneys for Defendants
SAN ANTONIO CREEK, LLC and DANIEL TULIPANI

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Modify Scheduling Order under Federal Rule of Civil Procedure 16(b)(4), and good cause appearing therefor, hereby Orders as follows:

1. The deadline for the Parties to complete non-expert discovery, currently set for November 24, 2026, is continued through and until May 24, 2027; and

2. All remaining deadlines in the Scheduling Order (ECF 4), as amended, shall run and be calculated from the new deadline to complete non-expert discovery.

**IT IS SO ORDERED.**

DATED: November 25, 2026

Troy L. Nunley
Chief United States District Judge